# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**EMMA BRYANT,**

     **Plaintiff(s),**

**v.**                                             **CASE NO:  8:07-CV-278-T-30EAJ**

**FIRST UNUM LIFE INSURANCE
COMPANY,**

     **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #14).   In

accordance with same, it is

     **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear its own attorney's

     fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on May 23, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2007\07-cv-278.dismissal 14.wpd*